UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No. 1:18-cv-22688-JLK

ROBERT DANILO CACERES and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

MATRIX 2K9 CORP., IRIS I. RODRIGUEZ

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, MATRIX 2K9 CORP., and IRIS I. RODRIGUEZ, by and through their undersigned counsel hereby file this Certificate of Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Named Plaintiff    ROBERT DANILO CACERES

    b. Counsel for Plaintiff    Jamie H. Zidell, Esq.
                                          J.H. ZIDELL, P.A.
                                          300 71st Street, 605
                                          Miami Beach, Florida 33141

    c. Named Responding Defendants    MATRIX 2K9 CORP.
                                                        IRIS RODRIGUEZ

    d. Counsel for Responding Defendants    Adi Amit, Esq.

        Lubell & Rosen, LLC
        200 S. Andrews Ave., Suite 900
        Fort Lauderdale, FL 33301

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None other than named parties currently named in this litigation.

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, ROBERT DANILO CACERES

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted, this 7th day of August, 2018.

        LUBELL & ROSEN, LLC
        *Attorneys for Defendants*
        200 S. Andrews Ave, Suite 900
        Ft. Lauderdale, Florida 33301
        Phone: (954) 880-9500
        Fax: (954) 755-2993
        E-mail:   adi@lubellrosen.com

        By: *s/Adi Amit*
            Adi Amit, Esquire
            Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s *Adi Amit*  
Adi Amit, Esquire  
Florida Bar No: 35257

## SERVICE LIST

*Robert Danilo Caceres v. Matrix 2K9 Corp., et al*  
Case No. 1:18-cv-22688-JLK

J.H. Zidell, Esq.  
J.H. Zidell, P.A.  
300 71st Street,  
Suite 605  
Miami Beach, Florida 33141  
zabogado@aol.com  
*Counsel for Plaintiff*

Adi Amit, Esquire  
LUBELL & ROSEN, LLC  
200 S. Andrews Ave.  
Suite 900  
Ft. Lauderdale, Florida 33301  
adi@lubellrosen.com  
*Counsel for Defendants*