UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22688-CIV-JLK

ROBERTO DANILO CACERES and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
      Plaintiff, )
vs. )
 )
MATRIX 2K9 CORP., )
IRIS I. RODRIGUEZ )
 )
      Defendants. )
_____ )

## PLAINTIFF'S NOTICE OF SETTLEMENT

NOW COMES Plaintiff notices the Court that the Parties have settled the above-captioned matter pursuant to a mutually amicable agreement.

**Respectfully submitted,**

**Neil Tobak
J.H. Zidell P.A.
300 71st Suite 605
Miami Beach, FL 33141
305-865-6766
Email: ntobak.zidellpa@gmail.com**

  **BY:_/s/__Neil Tobak_____
      NEIL TOBAK, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED TO THE FOLLOWING VIA CM/ECF ON 10/12/18:**

**Adi Amit**
**Adi Amit, P.A.**
**101 NE 3rd Ave.**
**Suite 300**
**Fort Lauderdale, FL 33301**
**United Sta**
**954-533-5922**
**Email: adi@defenderofbusiness.com**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Maxwell Bloom**
**Lubell Rosen**
**200 S. Andrews Ave, Suite 900**
**Ft. Lauderdale, FL 33301**
**954-880-9500**
**Fax: 954-755-2993**
**Email: jmb@lubellrosen.com**
*ATTORNEY TO BE NOTICED*

**Joshua Howard Sheskin**
**Lubell Rosen**
**200 South Andrews Ave.**
**Suite 900**
**Ft. Lauderdale, FL 33301**
**954-880-9500**
**Fax: 954-755-2993**
**Email: jhs@lubellrosen.com**
*ATTORNEY TO BE NOTICED*

BY:_____/s/ **Neil Tobak**_____
        **NEIL TOBAK, ESQ.**